```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

BRIAN DODD,

        Plaintiff,
v.                                    Case No. 8:12-cv-2054-T-33TGW

KELLY MATTHEWS, ET AL.,

        Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. On April 12, 2013, this Court entered a Case Management and Scheduling Order, which, among other things, referred this case to mediation and directed Defendants' counsel, within twenty-one days thereof, to report to the Court the name of the parties' selected certified mediator and the date, time, and location of the parties' scheduled mediation conference. (Doc. # 47 at 2). The Court established January 7, 2014, as the deadline for conducting the mediation conference. Id.

Defendants have failed to timely notify the Court of the parties' selected certified mediator and the date, time, and location of the scheduled mediation conference. Accordingly, Defendants are directed to file a Notice of Mediation on or before June 12, 2013, which: (a) identifies

the selected certified mediator and includes the mediator's complete address and telephone number, and (b) sets forth the date, time, and place of the scheduled mediation conference.  If the parties fail to select a mediator or do not notify the Court of such selection in a timely fashion, the Court will sua sponte and without further notice select an individual to serve as mediator and issue the appointment.

The parties are reminded that all counsel, parties, corporate representatives, and any other required claims professionals must be present at the mediation conference with full authority to negotiate a settlement.  The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants shall, by June 12, 2013, advise the Court of the parties' selected certified mediator and the date, time, and location of the parties' scheduled mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 31st day of May, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Parties and Counsel of Record